# Pepper Hamilton LLP
##### Attorneys at Law

1313 N. Market Street
Suite 5100
Wilmington, DE  19899-1709
302.777.6500
Fax 302.421.8390

Edmond D. Johnson
direct dial: 302.777.6539
johnsone@pepperlaw.com

November 13, 2015

**VIA CM/ECF**

The Honorable Richard G. Andrews
United States District Court for the
  District of Delaware
844 N. King Street
Wilmington, DE 19801-3555

Re:   *Funai Electric Co., Ltd. v. Personalized Media Communications, LLC*
      C.A. No. 15-558-RGA

Dear Judge Andrews:

    Attached as Exhibit A is a letter addressed to the Court from Arun Subramanian, Esquire, of Susman Godfrey L.L.P., co-counsel for Defendant Personalized Media Communications, LLC, in response to the Court's oral order of November 6, 2015 (D.I. No. 16).

    Please contact me with any questions. Thank you for your courtesies.

Respectfully,

*[signature]*

Edmond D. Johnson (DE #2257)

EDJ/ajm

cc: All Counsel of Record (Via CM/ECF)

Philadelphia   Boston   Washington, D.C.   Los Angeles   New York   Pittsburgh
Detroit   Berwyn   Harrisburg   Orange County   Princeton   Wilmington

www.pepperlaw.com