# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FUNAI ELECTRIC CO., LTD., )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>PERSONALIZED MEDIA )<br>COMMUNICATIONS, LLC, )<br>  )<br>Defendants. ) | Civil Action No. 15-558-RGA |

## NOTICE OF WITHDRAWAL

TO THE CLERK:

PLEASE TAKE NOTICE that, attorney Edmond D. Johnson, formerly of Pepper Hamilton LLP, 1313 Market Street, Wilmington, DE 19801, hereby withdraws his appearance as counsel for Defendant Personalized Media Communications LLC.  Reason for Withdrawal:  He is no longer with the firm.

All other attorneys involved in the case from Pepper Hamilton LLP and Susman Godfrey L.L.P. continue to represent Defendants Personalized Media Communications, LLC.

Of Counsel:

Arun Subramanian
**SUSMAN GODFREY L.L.P.**
560 Lexington Avenue, 15th Floor
New York, NY 10022-6828
Telephone:  (212) 471-8346
asubramanian@susmangodfrey.com

Joseph S. Grinstein
**SUSMAN GODFREY L.L.P.**
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 653-7820
jgrinstein@susmangodfrey.com

*/s/ James G. McMillan, III*
James G. McMillan, III (No. 3979)
**PEPPER HAMILTON LLP**
Hercules Plaza
1313 N. Market Street, Suite 5100
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6539
*mcmillaj@pepperlaw.com*

*Attorneys for Defendant Personalized Media Communications, LLC*

#37078642 v1

-2-

Meng Xi
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3158
*mxi@susmangodfrey.com*

Dated:  December 23, 2015

## CERTIFICATE OF SERVICE

I, James G. McMillan, III, hereby certify that on December 23, 2015 , I caused a copy of the foregoing *Notice of Withdrawal* to be electronically filed with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to the following counsel of record:

>John W. Shaw, Esq.
>Jeffrey T. Castellano, Esq.
>Shaw Keller LLP
>300 Delaware Avenue, Suite 1120
>Wilmington, DE 19801

>/s/ *James G. McMillan, III*
>James G. McMillan, III (No. 3979)

#37078642 v1